· JOHN R. NUTTER v. JAMES MILLER.

**Money Received—Implied Assumpsit.**
    Where one collects money without right, the law implies a prom-
ise to repay it.

**Interest—Time of Allowance.**
    A demand for money unlawfully collected not being necessary,
. interest should be allowed from the time the money was collected.

APPEAL FROM SCOTT CIRCUIT COURT.

December 16, 1873.

OPINION BY JUDGE PRYOR:

This action is for the recovery of a specific and certain sum of
money, with interest alleged to have been collected by ·appellant
without right, on claims or accounts belonging to the appellee.

Having thus collected the money, the law implies the promise to
pay. No proof was necessary, as the amount collected was specif-
ically stated, and the law implies the promise. No demand was
necessary, and therefore interest should have been allowed from the
time the money was collected.

Judgment affirmed.

*Polk, for appellant.*

*Prewett, for appellee.*